UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELE DI GIULIO RAMIREZ, A-209-092-373,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>            Respondent. | No.  1:26-cv-2799-DAD-CKD P<br><br><br>ORDER |

Petitioner is detained by Immigrations and Customs Enforcement and proceeds without counsel, seeking relief under 28 U.S.C. § 2241. The court finds appointment of counsel is appropriate based on the complexity of the legal issues involved if petitioner is indigent. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the court appoints counsel, pending petitioner being granted in forma pauperis status.

In addition, petitioner must either be granted leave to proceed in forma pauperis or pay the filing fee in order to proceed. See 28 U.S.C. §§ 1914(a); 1915(a). Accordingly, petitioner shall submit the appropriate affidavit in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS ORDERED as follows:

1.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

1

2. Petitioner shall submit a completed affidavit in support of a request to proceed in forma pauperis within 30 days.

3. Within 14 days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Lisa Kennison, Courtroom Deputy for Chief Magistrate Judge Carolyn K. Delaney, via email at lkennison@caed.uscourts.gov, who shall update docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as pro hac vice CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's pro hac vice admission to practice before this court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment.

4. The Clerk of the Court shall serve a copy of this order and the petition filed on April 15, 2026, on the Federal Defender, Attention: Habeas Appointment.

Dated: 04/20/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rami2799.110a.imm

2